# EXHIBIT B



September 3, 2013

UnderSea Recovery Corporation
Atlanta, Georgia


        Re: Funding Commitment

Dear Mr. Leeming:

You may share this letter with the Government of Jamaica, specifically the Prime
Minister of Jamaica and the Jamaican National Heritage Trust, as you deem appropriate,
in connection with an application by your company, UnderSea Recovery Corporation,
to obtain a license/permit to conduct historic shipwreck rescue and recovery operations
in the Jamaican territorial waters of the Pedro Bank.

This letter confirms that my company Madero Holding S.A. de C.V. will deliver to the
account of UnderSea Recovery Corporation by the end of this month, September,
pursuant to an investment agreement between my company and UnderSea Recovery
Corporation, either (i) the sum of US $10 million or (ii) sovereign bonds issued by the
Bolivarian Republic of Venezuela and currently owned by my company, fully
negotiable and without liens, in a face amount of not less than US $10 million, ISIN#
USP97475AP55 and Cusip# P97475AP5 which bonds are more particularly described
on the attachment to this letter.

If you require further documentation, please let me know.

Madero Holding is very excited about partnering with UnderSea Recovery to secure the
license referenced and begin exploration and excavation operations on the Pedro Bank
by November of this year.

Very truly yours,



Ramon Madero, President

MADERO HOLDING S.A. DE C.V.  Buffon N°46, Piso 10 Col. Anzures, CP. 11590, Mexico D.F. tel. (0155) 55 46 38 72 / 55 46 13 04



January 6th, 2017

Greenberg Traurig, LLP

Mr. Mark G. Trigg

UnderSea Recovery Corporation

Mr. Herbert Leeming

Atlanta, Georgia

Dear Mr. Trigg and Mr. Leeming:

In response to the Communication received from you, on January 5th of the current year, please let me respectfully express to you the following:

As I mentioned on my previous letter, dated November 18th, 2016, the Company I represent, Madero Holding, S.A. de C.V., and myself, have never intended to comply with the agreement we have with UnderSea Recovery Corporation and Mr. Leeming, because, I repeat, we have always had an excellent business and commercial relationship, nevertheless the truth is that, in order that the Company I represent may be able to carry out the transaction in question, we request that Mr. Leeming provides Madero Holding, S.A. de C.V. the specifications, for the project in Jamaica, as well as the licenses, permits, concessions, etc., granted by the Prime Minister of that country, and the legal document that was effectively executed with the Government of Jamaica; and as long as Mr. Leeming does not provide such documents, Madero Holding, S.A. de C.V. will refrain to provide the agreed funds, because being a bilateral agreement, both parties must comply with the agreed terms, and give each other certainty, since it is an important amount the one we are talking about.

In addition to the above mentioned, as I informed you on my previous letter, the Bond that belong to the Company I represent is worth  USD$500'000,000.00 (Five Hundred Million Dollars 00/100 USCY), and still has not been possible till the date to segregate it. However, I assure you again that Madero Holding, S.A. de C.V. is interested in the Project, and our intention is in fact to comply with what is agreed upon, and AVIS Company is about to finish with the monetization, nevertheless I reaffirm my request about the documents we need to be able to close the transaction, once the monetization is completed.

MADERO HOLDING, S.A. DE C.V.

Aeropuerto Internacional Cd. De México, Hangar 1 Zona "C"

Col. Aviación General, Del. Venustiano Carranza CP 15520   México D.F., Tel: 1545 5862



With nothing further to add, I remain at your service for any matter or question about our agreement, and reaffirm once again our interest in maintaining an excellent personal and business relationship with UnderSea Recovery Corporation and Mr. Leeming, as well as to comply with everything agreed, but we also need compliance from UnderSea Recovery Corporation and Mr. Leeming.

Sincerely yours,

RAMÓN AGUSTÍN MADERO DÁVILA

PRESIDENT & CEO