## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| UNDERSEA RECOVERY CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No.: **1:19-cv-00286-SDG** |
| v. | ) ) | |
| MADERO HOLDING, S.A. de C.V., | ) ) | |
| Defendant. | ) | |

### RESPONSE TO THE COURT'S AUGUST 27, 2019 ORDER

Per the Court's August 27, 2019 Order (the "Order"), Plaintiff UnderSea Recovery Corporation ("Plaintiff") shall file, on or before January 1, 2020, proof that service was properly made or explain why Plaintiff has been unable to serve Defendant Madero Holdings, S.A. de C.V. ("Defendant").

Plaintiff attempted to serve Defendant at two different service addresses for Defendant, which were previously known to be used by Defendant. (*See* Declaration of Michael Shin at ¶¶ 5, 7-8). Defendant was not found at either location. (*Id*. at ¶¶ 7-8). Plaintiff has searched for other addresses where Defendant may be served but has not located anything. (*Id*. at ¶ 9). Because Defendant's address is unknown, Plaintiff has been unable to locate and serve Defendant through conventional means. Thus, Plaintiff filed a Motion for Service by Publication and Memorandum of Law

in Support of Plaintiff's Motion for Service by Publication.  Therein, Plaintiff describes the diligent efforts it has taken to locate and serve Defendant.

Respectfully submitted this 26th day of December, 2019.

/s/ Michael J. King
Michael J. King
Georgia Bar No. 421160
kingm@gtlaw.com
Attorney for Plaintiff
UnderSea Recovery Corporation

**GREENBERG TRAURIG, LLP**
Terminus 200, Suite 2500
3333 Piedmont Road, N.E.
Atlanta, Georgia 30305
Tel:   (678) 553-2100