IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNDERSEA RECOVERY CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No.: 1:19-cv-00286-SDG |
| v. | ) ) | |
| MADERO HOLDING, S.A. de C.V., | ) ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

COMES NOW, Donald C English, and enters this his **Notice of Appearance** as counsel of record for Plaintiff UNDERSEA RECOVERY CORPORATION in the above-styled matter. Please send all correspondence, orders, court notices, and copies of pleadings, etc., to the undersigned.

                                                 Respectfully submitted,

                                                 /s/ *Donald C English*
                                                 DONALD C ENGLISH
                                                 Georgia Bar No. 248875

**DONALD C ENGLISH, LLC**
3512 Knollhaven Drive, N.E.
Brookhaven, GA 30319
404-783-0021
Fax: 888-228-9554
Email: english@cfaith.com

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNDERSEA RECOVERY CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No.: 1:19-cv-00286-SDG |
| v. | ) ) | |
| MADERO HOLDING, S.A. de C.V., | ) ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served the within and foregoing **Notice of Appearance** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

This the 7th day of May, 2020.

/s/ *Donald C English*
DONALD C ENGLISH
Georgia Bar No. 248875

**DONALD C ENGLISH, LLC**
3512 Knollhaven Drive, N.E.
Brookhaven, GA 30319
404-783-0021
Fax: 888-228-9554
Email: english@cfaith.com